charge its duties. His remedy to recover the salary which was paid to the de facto supervisor is against that person, and not against the County. Stemmler v. The Mayor, 179 N. Y. 473, 72 N. E. 581; Demarest v. The Mayor, 147 N. Y. 203, 41 N. E. 405; Jones v. City of Buffalo, 79 App. Div. 328, 79 N. Y. Supp. 754; affirmed 178 N. Y. 45, 70 N. E. 99. All concur.

CONSOLIDATED WATER CO. OF UTICA, NEW YORK, Appellant, v. HARVEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by the Consolidated Water Company of Utica, N. Y., against John Harvey. No opinion. Judgment affirmed, with costs. Held, that upon the facts contained in this record the dangers of pollution of the waters of Black creek are not now present or imminent, and this affirmance is solely upon this ground.

Margaret COOK, respt., v. NEW YORK RAILWAYS CO., Applt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the Matter of the application of Ethel A. COX, as administratrix, etc., of Agnes L. Frederick, deceased, etc. William J. Cody, appellant; Ethel A. Cox, as administratrix, etc., respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Decree of the Surrogate's Court of Kings County affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Vera Robinson COYNE, applt., v. David P. MOREHOUSE and one, individually and as executors and trustees, etc., respts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

CRANDALL, Respondent, v. KIES, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Anna Crandall, as administratrix, etc., against Henry H. Kies. No opinion. Judgment and orders affirmed, with costs.

Jacob CRANNELL, applt., v. Stephen ROCKWELL and George ROCKWELL, respts. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Judgment unanimously affirmed, with costs.

In the matter of the claim of Elizabeth K. CROCKETT, claimant-respondent, for compensation under the Workmen's Compensation Law, arising out of the death of Davie Mayo Crockett while in the employ of International Railway Company, employer-appellant, v. STATE INSURANCE FUND, insurer. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion granted.

CRYSTALLGLASS & SYPHON BOTTLE MFG., Fiegl, Moavek Co., Company, Ltd., Libochovice, Applt., v. FAERBER, SILBERMAN & CO., Inc., Respt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Determination affirmed, with costs. No opinion. Order filed.

In the matter of the claim of Thomas Patrick CUNNINGHAM, respt., v. BUFFALO COPPER & BRASS ROLLING MILLS, employer, and Fidelity & Deposit Company of Maryland, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied.

Ellis T. CURTIS, respt., v. The ARGUS COMPANY, applt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied.

Joseph G. CUSHMAN v. George D. COOK & ano. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

Lawrence F. DALTON, a minor, etc., applt., v. F. Edwin PARKER, respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

D'ANGELO et al., Respondents, v. 1482 BROADWAY CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Frank D'Angelo and another against the 1482 Broadway Corporation. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

Frank DAPIC, applt., v. ERIE R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment affirmed, with costs. All concur.

Edward DAVIS, Inc., v. Felix ADLER et al. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Application granted. Order signed.

Maria A. DE CARRILLO, plaintiff, v. Luis F. CARRILLO, defendant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion granted on condition that defendant perfect his appeal, place the case at the foot of the present calendar and be ready for argument when reached; also upon the condition that acceptance of the alimony and counsel fee, as now determined by the judgment, shall not prejudice the defendant. Otherwise. motion denied. Settle order before the Presiding Justice.

DE CARVALHO et al. v. JOHNSTON et al. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Appeal from Trial Term, New York County. Action by Anna V. De Carvalho and others, as executors, against Edward L. Johnston and others. From